UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID R. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>    Defendants. | Case No. 5:16-cv-02376-EJD<br><br>**JUDGMENT** |

Defendants' Motion to Dismiss having been granted and all claims having been dismissed without leave to amend (*see* Dkt. No. 56);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: January 8, 2018

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-02376-EJD
JUDGMENT

1